LIBERTY BANK OF BUFFALO, Respondent, *v.* FIDELITY AND DEPOSIT COMPANY OF MARYLAND et al., Appellants, Impleaded with Another.

(Argued February 28, 1935; decided March 19, 1935.)

*Mark N. Turner* for appellants.

*Stanley H. Montfort* and *John F. Lane* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ.   Not sitting: CROUCH, J.